**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| SAMANTHA SMITH AND<br>ROBERT MEANS<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, JANET YELLEN, in her official capacity as Secretary of the Treasury, THE FINANCIAL CRIMES ENFORCEMENT NETWORK, and ANDREA GACKI, in her official capacity as Director of FinCen,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 6:24-cv-00336 |

**NOTICE OF APPEARANCE OF COUNSEL**

The United States of America hereby designates the following Assistant United States Attorney as counsel in this case, and respectfully requests that the same be noted by the Clerk of the Court and that this attorney be added as counsel for the defendants in this case to receive all future notices, orders, and filings via the Court's CM/ECF system:

JAMES G. GILLINGHAM
Texas State Bar No. 24065295
Assistant United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702
(903) 590-1400
Fax: (903) 590-1436
Email: James.Gillingham@usdoj.gov

Respectfully submitted,

DAMIEN M. DIGGS
United States Attorney
Eastern District of Texas

/s/ *James G. Gillingham*
JAMES G. GILLINGHAM, Texas Bar #24065295
Assistant United States Attorney
110 N. College Street; Suite 700
Tyler, Texas 75702
James.Gillingham@usdoj.gov
Telephone: (903) 590-1400
Facsimile: (903) 590-1436

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to counsel of record via the court's electronic filing system.

/s/ *James G. Gillingham*
JAMES G. GILLINGHAM