IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAMANTHA SMITH AND ROBERT MEANS<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, JANET YELLEN, in her official capacity as Secretary of the Treasury, THE FINANCIAL CRIMES ENFORCEMENT NETWORK, and ANDREA GACKI, in her official capacity as Director of FinCen,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§     Civil Action No. 6:24-cv-00336 |

## **DEFENDANTS' NOTICE OF UPDATED REPORTING DEADLINES**

Defendants respectfully notify this Court of updated beneficial ownership information reporting deadlines recently announced by FinCEN. In recognition that "reporting companies may need additional time to comply given the period when the preliminary injunction had been in effect" prior to the Fifth Circuit's December 23, 2024 order in *Texas Top Cop Shop, Inc. v. Garland*, 24-40792 (5th Cir.), the reporting deadline for companies existing prior to January 1, 2024 has been extended from January 1, 2025 to January 13, 2025. *See Alert: Updates to Beneficial Ownership Information Reporting Deadlines – Beneficial Ownership Information Reporting Requirements Now in Effect, with Deadline Extensions*, Financial Crimes Enforcement Network, http://www.fincen.gov/boi (last accessed Dec. 24, 2024).

Respectfully submitted,

DAMIEN M. DIGGS
UNITED STATES ATTORNEY

*/s James G. Gillingham*
JAMES G. GILLINGHAM
Texas State Bar No. 24065295
james.gillingham@usdoj.gov
110 N. College, Suite 700
Tyler, TX  75702
(903) 590-1400
Fax: (903) 590-1436

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 24, 2024, a true and correct copy of the foregoing document was filed electronically with the Court and has been sent to all known counsel of record via the Court's electronic filing system.

<i>/s James G. Gillingham</i>  
JAMES G. GILLINGHAM  
Assistant United States Attorney