# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SAMANTHA SMITH and ROBERT MEANS, § § § § <br> Plaintiffs, § § <br> v. § <br> § <br> UNITED STATES DEPARTMENT OF § THE TREASURY, et al., § § <br> Defendants. | Case No. 6:24-cv-336-JDK |

## ORDER

Before the Court is Plaintiffs' emergency motion to expedite consideration of Plaintiffs' motion for preliminary relief. Docket No. 15. In light of the Court's recent memorandum opinion and order granting preliminary relief (Docket No. 30), Plaintiffs' emergency motion (Docket No. 15) is **DENIED AS MOOT**.

Also before the Court is the State of Texas's unopposed motion for leave to file an amicus brief. Docket No. 20. After considering the matter, the motion (Docket No. 20) is **GRANTED**.

So **ORDERED** and **SIGNED** this **7th** day of **January, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE