IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SAMANTHA SMITH AND ROBERT MEANS | § § § | |
| Plaintiffs, | § § | |
| v. | § § § | |
| UNITED STATES DEPARTMENT OF THE TREASURY, SCOTT BESSENT, in her official capacity as Secretary of the Treasury, THE FINANCIAL CRIMES ENFORCEMENT NETWORK, and ANDREA GACKI, in her official capacity as Director of FinCen, | § § § § § § § § | Civil Action No. 6:24-cv-00336 |
| Defendants. | § | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that all defendants hereby appeal to the United States Court of Appeals for the Fifth Circuit from this Court's opinion and order dated January 7, 2025, ECF No. 30, granting plaintiffs' motion for a preliminary injunction and request for relief under 5 U.S.C. § 705, ECF No. 7.

Respectfully submitted,

ABE McGLOTHIN, J.R.
ACTING UNITED STATES ATTORNEY

*/s/ James G. Gillingham*
JAMES G. GILLINGHAM
Texas State Bar No. 24065295
james.gillingham@usdoj.gov
110 N. College, Suite 700
Tyler, TX 75702
(903) 590-1400
Fax: (903) 590-1436

**CERTIFICATE OF SERVICE**

I hereby certify that on February 5, 2025 a true and correct copy of the foregoing document was filed electronically with the court and has been sent to all known counsel of record via the Court's electronic filing system.

<em>/s/ James G. Gillingham</em><br>
JAMES G. GILLINGHAM<br>
Assistant United States Attorney