IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAMANTHA SMITH, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE TREASURY, *et al.*,<br><br>*Defendants*. | No. 6:24-cv-336-JDK |

## ORDER

The Court, having considered the Defendants' Motion to Stay Pending Appeal, concludes that the Defendants have demonstrated their entitlement to a stay, *see Nken v. Holder*, 556 U.S. 418, 434 (2009), and that the motion should be, and hereby is, GRANTED. The preliminary injunction and stay under § 705 of the Administrative Procedure Act entered by the Court are hereby stayed pending appeal.