IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAMANTHA SMITH and ROBERT MEANS, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, et al., <br><br> Defendants. | § § § § § § § § § § § § § | Case No. 6:24-cv-336-JDK |

## ORDER FOR RESPONSE

Before the Court is Defendants' motion for a stay pending appeal (Docket No. 33). Defendants represent that Plaintiffs are opposed to the motion. To consider the matter expeditiously, the Court **ORDERS** Plaintiffs to file their response by **5:00 p.m. on February 14, 2025.**

So **ORDERED** and **SIGNED** this **10th** day of **February, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE