IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| SAMANTHA SMITH AND ROBERT MEANS, <br> *Plaintiffs*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE TREASURY, JANET YELLEN, in her official capacity as Secretary of the Treasury, THE FINANCIAL CRIMES ENFORCEMENT NETWORK, and ANDREA GACKI, in her official capacity as Director of FinCEN, <br> *Defendants*. | § § § § § § § § § § § § § § § § | Civil Action No. 6:24-CV-00336-JDK |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR STAY PENDING APPEAL**

The Court, having considered Defendants' Motion for Stay Pending Appeal, concludes that the motion should be, and hereby is, **DENIED**.

So **ORDERED** and **SIGNED** this ___ day of _____, _____