IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAMANTHA SMITH and ROBERT MEANS, § § § § | |
| Plaintiffs, § | |
| § | |
| v. § | Case No. 6:24-cv-336-JDK |
| § | |
| UNITED STATES DEPARTMENT OF THE TREASURY, et al., § § § § | |
| Defendants. § | |

**ORDER GRANTING MOTION**

Before the Court is the unopposed motion of the National Federation of Independent Business, Inc. (NFIB) for leave to file brief as *amicus curiae* in support of Plaintiffs and in opposition to Defendants' request for a stay.  Docket No. 36.

The Court **GRANTS** the motion (Docket No. 36) and instructs the clerk to file the *amicus* brief (Docket No. 36-2).

So **ORDERED** and **SIGNED** this **17th** day of **February, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE