IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SAMANTHA SMITH and ROBERT MEANS, § § § § | |
| Plaintiffs, § | |
| v. § | Case No. 6:24-cv-336-JDK |
| § | |
| UNITED STATES DEPARTMENT OF THE TREASURY, et al., § § § § | |
| Defendants. § | |

**ORDER**

Before the Court is Defendants' motion to stay pending appeal (Docket No. 33). In light of the Supreme Court's order in *McHenry v. Texas Top Cop Shop*, *Inc.*, No. 24A653, 604 U.S. ___, 2025 WL 272062, at *1 (U.S. Jan. 23, 2025), the Court has determined that the motion should be, and hereby is, **GRANTED**. The Court's January 7, 2025 order granting preliminary relief is **STAYED** pending the disposition of the appeal.

So **ORDERED** and **SIGNED** this **17th** day of **February, 2025.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE