# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| SAMANTHA SMITH, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF<br>THE TREASURY, *et al.*,<br><br>    *Defendants*. | No. 6:24-cv-336-JDK |

## STATUS REPORT

On July 2, 2025, the Court granted the Defendants' motion to hold the case in abeyance to allow the Department of the Treasury's Financial Crimes Enforcement Network ("FinCEN") to complete new rulemaking regarding the reporting requirements of certain foreign and domestic entities, including Plaintiffs, under the Corporate Transparency Act ("CTA"). The Defendants filed a status report regarding the status of the pending rulemaking on September 2, 2025, and planned to file an additional status report on November 3, 2025. This status report is briefly delayed due to the lapse in appropriations and the resulting general order staying cases in which the United States agencies are parties.

As explained in the status report filed September 2, 2025, the Department, through FinCEN, issued an interim final rule on March 26, 2025 that exempted plaintiffs from the CTA's reporting requirements. *See Beneficial Ownership Information Reporting Requirement Revision and Deadline Extension*, 90 Fed. Reg. 13,688 (Mar. 26, 2025). FinCEN is currently reviewing comments regarding the interim final rule as part of its final rulemaking.   Although the interim final rule stated that FinCEN "intend[ed] to

issue a final rule this year," *id.* at 13,689, FinCEN's progress has been delayed by various factors, including the recent lapse in appropriations.

        The defendants will file an additional status report in sixty days.

                                          JAY R. COMBS
                                          UNITED STATES ATTORNEY

                                          */s/ James Gillingham*
                                          JAMES GILLINGHAM
                                          Assistant United States Attorney
                                          Texas Bar No. 24065295
                                          110 N. College Ave.; Suite 700
                                          Tyler, Texas 75702
                                          Tel: (903) 590-1400
                                          Fax: (903) 590-1436
                                          Email: James.Gillingham@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2025, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to all counsel of record via the court's electronic filing system.

                                                      */s/ James Gillingham*
                                                      JAMES GILLINGHAM
                                                     Assistant United States Attorney