**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| SAMANTHA SMITH, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 6:24-cv-336-JDK |
| | § | |
| UNITED STATES DEPARTMENT OF | § | |
| THE TREASURY, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiffs' motion to lift the abeyance.  Docket No. 56.

Having considered Plaintiffs' motion and Defendants' response, the Court

concludes that the motion lacks merit and is therefore **DENIED**.

In addition, the Court **ORDERS** Defendant to file a report regarding the

status of the pending rulemaking by **May 22, 2026**.

So **ORDERED** and **SIGNED** this **23rd** day of **March, 2026.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE