**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| SAMANTHA SMITH, *et al.*,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF<br>THE TREASURY, *et al.*,<br><br>   *Defendants*. | No. 6:24-cv-336-JDK |

**<u>STATUS REPORT</u>**

On July 2, 2025, the Court granted the Defendants' motion to hold the case in abeyance to allow the Department of the Treasury's Financial Crimes Enforcement Network ("FinCEN") to complete new rulemaking regarding the beneficial ownership information ("BOI") reporting requirements of certain foreign and domestic entities, including Plaintiffs, under the Corporate Transparency Act ("CTA").[1]

As the Defendants have explained to the Court in prior status updates, the Department, through FinCEN, issued an interim final rule on March 26, 2025 that exempted plaintiffs from the CTA's reporting requirements. *See Beneficial Ownership Information Reporting Requirement Revision and Deadline Extension*, 90 Fed. Reg. 13,688 (Mar. 26, 2025). FinCEN continues to work diligently to finalize the rule.

---

[1] There have been no rulings in any matters challenging the CTA since the last status report. As noted in the last status report, the Fifth Circuit has held the government's appeal from that order in abeyance pending further rulemaking. Order, Dkt. No. 90, *Smith v. U.S. Dep't of Treasury*, No. 25-40071 (5th Cir. May 20, 2025). Similarly, all courts that have had an opportunity to resolve similar requests for abeyances in matters challenging the CTA have agreed to hold the cases in abeyance or otherwise delayed any merits decision.

The defendants will file an additional status report in sixty days.

JAY R. COMBS
UNITED STATES ATTORNEY


*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney
Texas Bar No. 24065295
110 N. College Ave.; Suite 700
Tyler, Texas 75702
Tel: (903) 590-1400
Fax: (903) 590-1436
Email: James.Gillingham@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 20, 2026, a true and correct copy of the foregoing document was filed electronically with the court and has been sent to all counsel of record via the court's electronic filing system.

*/s/ James Gillingham*
JAMES GILLINGHAM
Assistant United States Attorney